In the Matter of HAROLD A. STEIN et al., Copartners under the Name of H. A. STEIN MOTOR COMPANY, Respondents and Appellants, against F. G. DORAN, Defendant, and FIRST NATIONAL BANK IN YONKERS, Appellant and Respondent.—

Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ. Settle order on notice within ten days from the date of this decision. [See *post,* pp. 784, 788, 789, 855.]